UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIDEH FARAHMANDNIA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | No. 2:17-cv-00964-MCE-KJN<br><br>ORDER |

The Court has reviewed the parties' Joint Rule 26(f) Scheduling Report, ECF No. 7 at 4-5, in which the parties express their respective consent to the jurisdiction of a United States magistrate judge to preside over this matter. Under E.D. Cal. Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the referral to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Magistrate Judge Kendall J. Newman. The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:17-cv-00964-KJN. All currently scheduled dates presently set before Judge England are

hereby VACATED.

IT IS SO ORDERED.

Dated: November 8, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept referral of this case for all further proceedings and entry of final judgment.

DATED: Nov. 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE