# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIDEH FARAHMANDNIA<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | CASE NO.: 2:17-cv-00964-KJN<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Saideh Farahmandnia ("Plaintiff") and Defendant Navient Solutions, LLC, f/k/a as Navient Solutions, Inc. ("NSL") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear its own respective attorneys' fees and costs incurred in this action. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE